**Order entered May 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01558-CR
No. 05-13-01559-CR

**MORRIS JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-62862-J, F13-00351-J**

## ORDER

The Court **REINSTATES** the appeals.

On May 12, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On May 15, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the May 12, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
         JUSTICE